**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL DAUWALDER,<br><br>               Plaintiff,<br><br>      v.<br><br>J. ATHERTON, et al.,<br><br>               Defendants. | Case No.: 1:24-cv-0523 JLT SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS<br><br>(Doc. 10) |

Daniel Dauwalder seeks to hold the defendants liable for violations of his civil rights pursuant to 42 U.S.C. § 1983. The assigned magistrate judge screened Plaintiff's complaint and found he stated cognizable claims for: (1) excessive force against defendants Atherton and Perez, and (2) deliberate indifference to serious medical needs against defendants Davydov and Garmendia. (Doc. 7 at 3-12.) However, the magistrate judge found the other claims raised by Plaintiff were not cognizable. (*Id.*) In response to the Screening Order, Plaintiff elected to proceed on the cognizable claims against Atherton, Perez, Davydov, and Garmendia, and to have the other claims be dismissed. (Doc. 9 at 1.)

The magistrate judge issued Findings and Recommendations, referencing the prior findings of the Court and recommending the action proceed only on Plaintiff's cognizable claims. (Doc. 10 at 1-2.) The magistrate judge also recommended any other claims be dismissed. (*Id.*) The Court served the Findings and Recommendations on Plaintiff and notified him that any

objections were due within 14 days.  (*Id.* at 2.)  The Court advised him that the "failure to file any objections within the specified time may result in the waiver of certain rights on appeal." (*Id.* at 2-3, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations,--as well as the incorporated findings in the Screening Order—are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued October 24, 2024 (Doc. 10) are **ADOPTED** in full.
2. This action **PROCEEDS** only on the following claims: (1) excessive force against Defendants Atherton and Perez and (2) deliberate indifference to serious medical needs against Defendants Davydov and Garmendia.
3. Any other claims raised in Plaintiff's complaint are **DISMISSED**.
4. This matter is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  **November 14, 2024**

UNITED STATES DISTRICT JUDGE

2