IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL DAUWALDER,** | Case No. 1:24-cv-00523-JLT-SKO |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL** |
| v. | |
| **J. ATHERTON, et al.,** | (Doc. 38) |
| Defendants. | |

Defendants have moved for a 7-day extension of time to file an opposition to Plaintiff's Motion to Compel. Good cause appearing, Defendants' Motion for and Extension of Time is hereby **GRANTED**. Defendants **SHALL** file an opposition **no later than November 4, 2025**.

IT IS SO ORDERED.

Dated:  **October 28, 2025**          /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE